# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-1106

———————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Francisco Barraza-Canizales, also | * | District of Nebraska. |
| known as Poncho, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————

Submitted: November 4, 1998

Filed: November 9, 1998

———————

Before WOLLMAN, BEAM, and HANSEN, Circuit Judges.

———————

PER CURIAM.

Francisco Barraza-Canizales appeals from the sentence imposed by the district court[1] following his guilty plea to distributing methamphetamine in violation of 21 U.S.C. § 841(a)(1). The court sentenced Barraza-Canizales at the bottom of the applicable Guidelines range to 63 months' imprisonment and five years' supervised release. After appellate counsel moved to withdraw pursuant to Anders v. California,

———————————————

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

386 U.S. 738 (1967), we granted Barraza-Canizales permission to file a pro se supplemental brief, but he has not done so.

Our review of the record reveals the existence of no nonfrivolous issues.  See Penson v. Ohio, 488 U.S. 75, 80 (1988).

The judgment is affirmed.  Counsel's motion to withdraw is granted.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.